AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Rebecca Campbell and Richard Campbell,<br>*Plaintiffs*<br>v.<br>Briggs & Stratton Corporation; Husqvaran Professional Products, Inc.,<br>*Defendants,* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.  1:17-cv-02276-DCC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the plaintiffs' motion to dismiss is granted and this case is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr.

Date:  July 18, 2018               *ROBIN L. BLUME, CLERK OF COURT*

                                               s/Ashley Buckingham
                                   *Signature of Clerk or Deputy Clerk*